UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | **Sarah E. Spiers** ) | |
| | ) | |
| | ) | **Case No. 12-36933-KLP** |
| | **Debtor.** ) | **Chapter 13** |
| | ) | |
| **Address** | ) | |
| | **5408 Macalpine Circle #1411** ) | |
| | **Glen Allen, VA 23059** ) | |
| | ) | |
| Last four digits of SSN or ITIN: | **7386** | |

## ORDER ON SUPPLEMENTAL FEES

Upon the filing of an Application for Supplemental Compensation filed October 28, 2014 for work relating to **an adversary proceeding to avoid a lien,** and it appearing to the Court that no objections have been filed to the Application; and

Deeming it proper so to do, it is

**ORDERED** that additional interim compensation, including costs in the amount of $2,360.68 is hereby approved and granted; and it is further

**ORDERED** that the Chapter 13 Trustee enter a claim for Jason M. Krumbein in the amount approved by the Court to be paid through the Chapter 13 Plan.

The Clerk is directed to forward a copy of this Order to the Chapter 13 Trustee, US Trustee, Debtor, and all creditors as indicated on the attached service list.

ENTERED: Dec 3 2014                                            /s/ Keith L. Phillips
                                                               _____
Entered on Docket:  Dec 4 2014                                              Keith L. Phillips
I ask for this:                                                SEEN AND AGREED:
/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538                             /s/ Carl M. Bates (signature by fax)
Counsel for the Debtor(s) in Bankruptcy                        Carl M. Bates
5310 Markel Road, Suite 102                                    Chapter 13, Trustee
Richmond, VA 23230                                             P.O. Box 1819
Tel: 804.303.0204 Fax: 804.303.0209                            Richmond, VA 23218
jkrumbein@krumbeinlaw.com

**CERTIFICATION PURSUANT TO LBR 9022-1**

I certify that the foregoing Order has been endorsed by all necessary parties.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
5310 Markel Road, Suite 102
Richmond, VA 23230
Tel: 804.303.0204 Fax: 804.303.0209
jkrumbein@krumbeinlaw.com

**Service List for Order**

Jason Meyer Krumbein
5310 Markel Road, Suite 102
Richmond, VA 23230

The U.S. Trustee
(Via Electronic Notice)

Carl M. Bates
Chapter 13 Trustee
(Via Electronic Notice)

Debtor
Sarah E. Spiers
5406 Macalpine Cir # 1411
Glen Allen, VA 23059

United States Bankruptcy Court
Eastern District of Virginia

In re:
Sarah E Spiers
    Debtor

Case No. 12-36933-KLP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7      User: smithla      Page 1 of 1      Date Rcvd: Dec 04, 2014
                       Form ID: pdford9     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2014.
db         #+Sarah E Spiers,    5408 Macalpine Circle #1411,    Glen Allen, VA 23059-5564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2014 at the address(es) listed below:
         Carl M. Bates    station01@richchap13.com, station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
         Jason Meyer Krumbein    on behalf of Plaintiff Sarah E Spiers jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
         Jason Meyer Krumbein    on behalf of Debtor Sarah E Spiers jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
         Johnie Rush Muncy    on behalf of Creditor   JPMorgan Chase Bank, National Association jmuncy@siwpc.com, drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;
         Jonathan L. Hauser    on behalf of Creditor   Union First Market Bank jonathan.hauser@troutmansanders.com
         Melissa M. Watson Goode    on behalf of Creditor   Central Mortgage Company pjmecf@glasserlaw.com, mgoode@glasserlaw.com
         Michael Todd Freeman    on behalf of Creditor   JPMorgan Chase Bank, National Association mfreeman@siwpc.com, ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com
         Robyn Danielle Pepin    on behalf of Creditor   Central Mortgage Company rpepin@glasserlaw.com, pjmecf@glasserlaw.com
         Susan Hope Call    on behalf of Trustee Carl M. Bates susancall@richchap13.com, station15@richchap13.com
                                                                                                                       TOTAL: 9