## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 12-36933-DOT |
| SARAH E SPIERS § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Bayview Loan Servicing LLC**                         **JPMorgan Chase Bank, N.A.**
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee should     Court Claim # (if known):  8
be sent:                                                Amount of Claim: $312,899.36
                                                        Date Claim Filed:  02/25/2013
M&T Bank
PO Box 840
Buffalo, NY  14240-0840

Phone:                                                  Phone:_____
Last Four Digits of Acct #: **xxxxxx0552**              Last Four Digits of Acct.#:  5591

Name and Address where transferee payments should
be sent (if different from above):

M&T Bank
PO Box 1288
Buffalo, NY  14240-1288

Phone:
Last Four Digits of Acct #: **xxxxxx0552**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                               Date:        02/03/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before February 4, 2015 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Sarah E Spiers
5408 Macalpine Circle #1411
Glen Allen, Virginia 23059

**Debtors' Attorney**
Jason Meyer Krumbein
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd
Suite 102
Richmond, Virginia  23230

**Chapter 13 Trustee**
Carl M. Bates
P. O. Box 1819
Richmond, Virginia 23218

**US Trustee**
Gregg R. Nivala
11 South 12th Street, Room 224
Richmond, Virginia  22319

/s/ John J. Rafferty
John J. Rafferty